# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Tynaysha Horton, Petitioner,

v.

City of Columbia, Respondent.

Appellate Case No. 2014-001070

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Richland County
Alison Renee Lee, Circuit Court Judge

---

Opinion No. 27540
Heard June 17, 2015 – Filed July 1, 2015

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

John S. Nichols and Blake Alexander Hewitt, both of
Bluestein Nichols Thompson & Delgado, LLC, James E.
Smith, Jr. and Dylan W. Goff, both of James E. Smith,
Jr., P.A., all of Columbia, for Petitioner.

Dana M. Thye, of Columbia, for Respondent.

---

**PER CURIAM:**   We granted certiorari to review the court of appeals' opinion in
*Horton v. City of Columbia*, 408 S.C. 27, 757 S.E.2d 537 (2014).  We now dismiss

the writ of certiorari as improvidently granted and further direct the court of appeals to depublish its opinion and assign the matter an unpublished opinion number.  The above opinion shall no longer have any precedential effect.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**